UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| TREYON ANTONIO WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV421-210 |
| | ) | |
| SHERIFF JOHN WILCHER, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

The Court previously ordered *pro se* plaintiff Treyon Antonio Williams to show cause why he failed to respond to the Clerk's deficiency notice and also to amend his complaint. *See* doc. 14 at 11-12. The Clerk has updated the docket to reflect Williams' payment of the filing fee in August 2021. *See* doc. 15. Williams also timely submitted an Amended Complaint. *See* doc. 16.

Williams' Amended Complaint generally complies with the Court's direction. However, it appears incomplete. In response to the form's prompt to state "the facts underlying [the] claims," Williams responds, in part, "See Attachment." Doc. 16 at 6. No such attachment is included with the Amended Complaint. *See generally id.* The Court will afford

1

Williams **one** opportunity to correct the omission. He is **DIRECTED** to file a Second Amended Complaint no later than May 27, 2022. The Clerk is **DIRECTED** to enclose a blank Form Pro Se 14 (Complaint for Violation of Civil Rights (Prisoner)) with the service copy of this Order for Williams' convenience. Williams is advised, again, that an amended pleading "supersedes [any] former pleading" such that "the original pleading[s are] abandoned by the amendment, and [are] no longer a part of the pleader's averments against his adversary." *Dresdner Bank AG v. M/V Olympia Voyager*, 463 F.3d 1210, 1215 (11th Cir. 2006) (internal quotation marks and citations omitted).

The Clerk has also notified the undersigned of Williams' attempts to update his address by telephone. Although the Clerk's administrative policies do not permit a change of address to be made by any means other than in writing, the Court's Local Rules simply require that a party "apprise the Court of any address change." S.D. Ga. L. Civ. R. 11.1. Under the circumstances, the Court will **DIRECT** the Clerk to mail a

copy of this Order to Williams at the address he has previously provided, and also as follows:

> Treyon Antonio Williams
> C/O Liberty County Jail
> 180 Paul Sikes Rd.
> Hinesville, Georgia 31313.

The courtesy of such mailing will not be extended to future correspondence. However, Williams may comply with the requirement that he provide written notice of his change of address by including that address in his Second Amended Complaint.

**SO ORDERED,** this 4th day of May, 2022.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA