## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

TREYON ANTONIO WILLIAMS,    )
                            )
            Plaintiff,      )
                            )
v.                          )          CV421-210
                            )
SHERIFF JOHN WILCHER, *et al.* )
                            )
            Defendants.     )

## <u>ORDER</u>

The Court previously directed *pro se* plaintiff Treyon Antonio Williams to show cause why he failed to disclose his multiple federal lawsuits and why his case should not be dismissed for that failure. Doc. 20 at 3. His response was due June 17, 2022. *Id.* He was also directed to submit a Third Amended Complaint by that same deadline. *Id.* at 4. The Court was clear that failure to comply with both directions may result in dismissal. *See* Fed. R. Civ. P. 41(b). He has not complied with either. *See generally* docket. Moreover, it appears that he has failed to keep the Court apprised of his address in violation of its Local Rules. *See* doc. 21.

1

This Court has the authority to prune cases from its dockets where parties have failed to comply with its Orders. *See* S.D. Ga. L.R. 41.1(b); *see also Link v. Wabash R.R. Co.*, 370 U.S. 626, 630–31 (1962) (courts have the inherent authority to dismiss claims for lack of prosecution); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102 (11th Cir. 1989) ("The district court possesses the inherent power to police its docket."); *Jones v. Graham*, 709 F.2d 1457, 1458 (11th Cir. 1983); *Floyd v. United States*, CV491-277 (S.D. Ga. June 10, 1992). Accordingly, Plaintiff's Second Amended Complaint is **DISMISSED** for his failure to comply with the Court's Order and his failure to prosecute this action. The Clerk of Court is **DIRECTED** to close this case.

**SO ORDERED,** this 30th day of June, 2022.

CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA